# Court of Appeals
# of the State of Georgia

ATLANTA,  January 08, 2026

*The Court of Appeals hereby passes the following order:*

## A26A0926. MOHAMMAD JAFAR ISMAIL, et al v. RPT REALTY, LP.

RPT Realty, LP sued Tribos Peri Peri d//b/a TPP Pleasant Hill, LLC, Mohammad Jafar Ismail, and Lubna A. Ismail (collectively "Defendants"), seeking to recover sums due under a lease agreement and accompanying guaranty. On July 16, 2025, the trial court entered an order granting RPT Realty's motion for summary judgment. Defendants filed a motion for reconsideration, which the trial court denied on September 3, 2025. Defendants filed their notice of appeal on September 30, 2025. We lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38(a). The proper and timely filing of a notice of appeal is an absolute requirement to confer appellate jurisdiction on this Court. *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560) (2012). While an order granting summary judgment is generally subject to a direct appeal,  a motion for reconsideration does not extend the time for filing an appellate challenge to an appealable order. See *Bell v. Cohran*, 244 Ga. App. 510, 510–11 (536 SE2d 187) (2000); *Savage v. Newsome*, 173 Ga. App. 271, 271 (326 SE2d 5) (1985). Moreover, the denial of a motion for reconsideration is not appealable in its own right.  *Bell*, 244 Ga. App. at 510–11; *Savage*, 173 Ga. App. at 271. Consequently, the trial court's order denying Defendants' motion for reconsideration is not appealable, and Defendants' September 30 notice of appeal — filed 76 days after the court's July 16 summary judgment order — is untimely as to that appealable order. See OCGA § 5-6-38(a); *Bell*, 244 Ga. App. at 510–11; *Savage*, 173 Ga. App. at 271.

In light of the foregoing, we lack jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,___01/08/2026_____*

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*